```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5
```

6                     UNITED STATES BANKRUPTCY COURT

7                     NORTHERN DISTRICT OF CALIFORNIA

```
 8  IN RE:                        CASE NO. 10-11103
 9  SCOTT WAYNE SHAVER, and       CHAPTER 7
    MEREDITH JANE LINTOTT,
10                                MOTION FOR ORDER COMPELLING
11      DEBTORS.         /        ABANDONMENT OF ESTATE PROPERTY;
                                  DECLARATION OF DAVID N. CHANDLER, JR.
12                                Date:  April 9, 2010
                                  Time:  9:00 a.m.
13                                Place: 99 South E St.
                                         Santa Rosa, CA
14
```

15      Scott Wayne Shaver and Meredith Jane Lintott, debtors herein,

16 hereby move the Court for an order compelling the Trustee to abandon

17 estate property and represent:

18      1.   This case was commenced by voluntary petition under

19 Chapter 7 of the Code on March 29, 2010.

20      2.   Timothy Hoffman is the acting Trustee in the case.

21      3.   Debtors have two bank accounts with Wells Fargo, both of

22 which are listed on Schedule B and are claimed exempt on Schedule C

23 pursuant to C.C.P. § 703.140(b)(5).

24      4.   After the commencement of the case, Wells Fargo froze the

25 accounts on the basis that the accounts are property of the estate.

26 Wells Fargo is not a creditor in the case.

27      5.   After notice and a hearing, the Court may order the

28 trustee to abandon any property of the estate that is of

inconsequential value and benefit to the estate. 11 U.S.C. § 554.

6. Given that are no non-exempt funds in the accounts, denying Debtors access to the funds is of no benefit to Estate or creditors and is extremely detrimental to Debtors.

7. Debtors require access to the funds in the accounts in order to buy groceries and pay monthly bills.

WHEREFORE, Debtors request that the Court enter an order compelling the Trustee to abandon the two bank accounts, Checking Account No. xxx-xxx5468 and Savings Account No. xxx-xxx-7779, and for such other relief as the court deems just and proper.

Respectfully submitted,

Dated: 4/2/10  DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler, Jr.*
DAVID N. CHANDLER, Jr.,
Attorney for Debtors

DECLARATION OF DAVID N. CHANDLER, JR.

I, David N. Chandler, Jr. declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. That I represent Scott Wayne Shaver and Meredith Jane Lintott in the herein Bankruptcy Proceeding.

3. That Debtors' have two bank accounts with Wells Fargo, both of which are listed on Schedule B and are claimed exempt on Schedule C pursuant to C.C.P. § 703.140(b)(5). The first account is Checking Account No. xxx-xxx5468 and the second account is Savings Account No. xxx-xxx-7779.

1  4.   That after the commencement of the case, Wells Fargo froze
2  Debtors' accounts on the basis that the accounts are property of the
3  estate.  A true and correct copy of a letter my office received from
4  Wells Fargo is attached hereto as Exhibit A.
5  5.   That Wells Fargo is not a creditor in the case.
6  6.   That Debtors require access to the funds in the accounts
7  in order to buy groceries and pay their bills.  If they are not able
8  to gain access to the funds, it will be very detrimental to their
9  financial affairs.
10 7.   That I emailed Tim Hoffman, on April 1, 2010, and left a
11 telephone message on his voice mail, on April 2, 2010.  To date, I
12 have not received a response.
13    Executed under penalty of perjury this 2nd day of April, 2010
14 at Santa Rosa, California.

          /s/ David N. Chandler, Jr.
          DAVID N. CHANDLER, JR.
          Attorney for Debtors



Deposits Bankruptcy Department
P. O. Box 3908
Portland, OR 97208-3908

March 31, 2010

<u>*U.S. Mail and Via Facsimile (707) 573-0436*</u>

David N. Chandler, Jr.
1747 4th Street
Santa Rosa, CA 95404

RE:   Your Client(s):  Scott Shaver and Meredith Jane Lintott
      Bankruptcy Case No. 10-11103

Dear David N. Chandler, Jr.:

Wells Fargo Bank, N.A. received notification of your client(s)'s, Scott Shaver and Meredith Jane Lintott, bankruptcy filing. When we received notice, we checked the value of your client(s)'s account(s) on the filing date and the notice date, less identifiable Social Security payments. The low balance in the account(s), on or between those dates, $7,284.53, became property of the bankruptcy estate, known as the "Estate Funds." The Estate Funds are now in bankruptcy status, which means the funds are no longer available to your client(s).

Below is a summary of Scott Shaver and Meredith Jane Lintott's Wells Fargo deposit account(s):

| Account Holder(s) | Account Type | Account Number | Estate Funds |
|---|---|---|---|
| Scott Shaver & Meredith Lintott | Checking | ***-***5468 | $6,114.60 |
| Scott Shaver & Meredith Lintott | Savings | ***-***7779 | $1,169.93 |

Wells Fargo is required by operation of Sections 541 and 542 of the Bankruptcy Code to act in good faith to preserve the Estate Funds and must follow the trustee's direction with regard to the Estate Funds. Accordingly, Wells Fargo has asked for instruction from the trustee. The trustee has 30 days from the First Meeting of Creditors to object to a claim of exemption for the Estate Funds. Ownership of claimed exempt property remains with the bankruptcy estate until such time elapses or the trustee directs otherwise.

Wells Fargo is prepared to immediately follow the trustee's direction regarding the Estate Funds, and you may be able to expedite the trustee's decision. We sent a similar request for instructions to the Trustee.

If you have any questions, please call us at 503-721-5300 Monday through Friday from 8:30 a.m. to 5:00 p.m. Pacific.

Sincerely,

Luana Tafoya
Operations Manager
Deposits Bankruptcy Department

EXHIBIT "A"

cc: Scott Shaver & Meredith Lintott