Entered on Docket
June 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 9 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re ) No. 10-11103 AJ
)
) Chapter 7
SCOTT WAYNE SHAVER AND )
MEREDITH JANE LLINTOTT, )
)
)
_____Debtors_____ )

## ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS

Upon consideration of the Acting United States Trustee's *Ex Parte* Motion for Order for Rule 2004 Examination and to Produce Documents, and good cause appearing, **IT IS ORDERED THAT**:

1. Debtors **Scott Wayne Shaver and Meredith Jane Lintott** shall produce copies or originals of the following documents to the Office of the United States Trustee at 235 Pine Street, Suite 700, San Francisco, California 94104, so as to be **received** by or before **June 22, 2010**:

   A. Copies of all bank statements for all account for the months of April and May 2010.

   B. Copies of all documents evidencing billing and/or payment for campaign related expenses for the period of March 1. 2010 to present.

2. Debtors **Scott Wayne Shaver and Meredith Jane Lintott,** shall appear for and submit to an examination under Rule 2004, on **June 25, 2010 at 3:30 p.m.**, at the Office of the United States Trustee at 777 Sonoma Avenue, Room 116, Santa Rosa, or at such other time and place as may be agreed to in writing by the parties.

Dated: June 9, 2010

Gloria Franklin
Clerk of Court
By: /s/ Adrienne Paul
Deputy Clerk, Adrienne Paul

ORDER FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS - 1 -