DONNA TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50253)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
Sara L. Kistler

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>SCOTT WAYNE SHAVER AND<br>MEREDITH JANE LINTOTT,<br><br>               Debtors | No. 10-11103 AJ 7<br><br>Chapter 7<br><br>Date: July 23, 2010<br>Time: 9:00 a.m.<br>Crtrm: Hon. Alan Jaroslovsky<br>       99 South "E" Street<br>       Santa Rosa, California |

**UNITED STATES TRUSTEE'S MOTION FOR ORDER EXTENDING DEADLINES**

    Sara L. Kistler, the Acting United States Trustee (UST), moves this Court for an order extending the time for the UST to file a motion to dismiss this case under 11 U.S.C. § 707(b)(3) and to file a complaint objecting to the discharge of the Debtors under 11 U.S.C. § 727 as follows:

    1. The above-captioned Debtors filed their voluntary chapter 7 bankruptcy case on March 29, 2010.

    2. The last day for the UST to file a motion to dismiss this case under 11 U.S.C. § 707(b)(3) or a complaint objecting to discharge under 11 U.S.C. §727 is July 6, 2010.

    3. The first meeting of creditors was held and concluded on May 6, 2010. Counsel for the UST participated in the meeting of creditors, questioning the Debtors. Prior to the creditors' meeting, in response to a request by the UST, Debtors had supplied documents regarding their income and expenses.

    4. Debtors have claimed certain unique and significant expenses on schedule J. In addition, on

1  Schedule I they have asserted that both Debtors will be subject to a 10 percent pay reduction. Further,
2  the Debtors are above median, have a combined gross income over $200,000 per year based on the
3  income reported on Schedule I, and have scheduled significant assets and liabilities. This office needs
4  additional time to investigate the Debtors' income situation, the reasonableness of the Debtors'
5  expenses, and to determine whether the Debtors' case constitutes an abuse of the provisions of
6  Chapter 7.

7      5. Since the meeting of creditors, the UST has continued to investigate this case and review
8  additional documents regarding the Debtors' income and expenses. On June 8, 2010, the UST
9  obtained an order pursuant to Federal Rule of Bankruptcy Procedure 2004 requiring the Debtors to
10 produce documents regarding their financial circumstances. On June 23, 2010, the Debtors produced
11 the additional documents requested to the UST.

12     6. On June 25, 2010, UST staff met with the Debtors and their counsel to discuss their
13 financial circumstances including their income and expenses. In addition, on June 29, 2010, pursuant
14 to the UST's further request, the Debtors provided the UST with additional documents to support their
15 income and expenses claimed. Due to the shortness of time, however, the UST has not had an
16 adequate opportunity to review all of the documents and seek additional information. The UST has
17 diligently proceeded to investigate this case.

18     7. On June 29, 2010, the UST asked the Debtors' counsel if the Debtors would agree to an
19 extension of the applicable deadlines. Counsel refused to stipulate to an extension of the deadlines.

20     8. Upon information and belief, Debtors will not suffer any prejudice from this request. The
21 Debtors are adequately protected by the automatic stay against any potential harm which might occur
22 from a brief delay in the granting of their discharge to allow the UST to complete a review of this
23 case.

24     Accordingly, the UST requests for cause a 60 day extension of time in which to file a motion
25 to dismiss this case under 11 U.S.C. § 707(b)(3) and to file a complaint objecting to the discharge of
26 the Debtors under 11 U.S.C. § 727.

27 //
28 //

MOTION TO EXTEND 707/727 DEADLINES - CASE NO. 10-11103      - 2 -

Dated: July 1, 2010

Respectfully submitted,

Sara L. Kistler, Acting United States Trustee

By: /s/ *Patricia A. Cutler, #50352*
Patricia A. Cutler
Attorney for United States Trustee