David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO. 10-11103 |
|---|---|
| SCOTT WAYNE SHAVER, and MEREDITH JANE LINTOTT, | CHAPTER 7 |
| DEBTORS.        / | ORDER DENYING UNITED STATES TRUSTEE'S MOTION FOR ORDER EXTENDING DEADLINES |

The above-captioned matter having come on regularly for hearing on July 23, 2010; appearances having been made as shown in the record; and for the reasons stated on the record,

IT IS HEREBY ORDERED:

That the United States Trustee's Motion for Order Extending Deadlines [Docket No. 28], filed July, 2010, is denied.

Dated:  July 29, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge